IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANDREW MESSER and JOEL WIGHTMAN
INDIVIDUALLY AND ON BEHALF OF                              PLAINTIFFS
OTHERS SIMILARLY SITUATED

v.                          Case No. 4:12-cv-0132-KGB

FRACMASTER, LLC and DON ATENCIO,
INDIVIDUALLY AND AS PRESIDENT OF                           DEFENDANTS
FRACMASTER, LLC

### ORDER OF DISMISSAL

The parties have informed the Court that this matter has been resolved. Therefore, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 90 days to vacate this order and to reopen the action if it is satisfactorily shown that resolution has not been completed and further litigation is necessary.

SO ORDERED this the 13 day of August, 2012.

Kristine G. Baker
United States District Judge